(Pleito No. 46.—Fallado el 27 de Abril de 1900.)

## Ex–Parte Carrera.

Recurso contra sentencia dictada por el Tribunal de Distrito de Humacao.

Se falló: que no es procedente dentro de los números 1º y 4º del artículo 1,688 de la Ley de Enjuiciamiento Civil, el recurso interpuesto contra el auto del Tribunal de Distrito que repele la admisión de una escritura no otorgada en debida forma, puesto que al repeler dicha admisión lo hace por defectos que pueden ser subsanados.

---

(Pleito No. 47.—Fallado el 4 de Mayo de 1900.)

## Lecaroz contra Delgado.

Recurso contra sentencia dictada por el Tribunal de Distrito de San Juan.

### AUTO.

Por desistido el recurso de acuerdo con lo que dispone el artículo 1,787 de la Ley de Enjuiciamiento Civil.